**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000582
21-JUL-2020
09:47 AM**

NO. CAAP-19-0000582


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


VICKRAM JAISINGANE, Plaintiff-Appellant, v.
ASSOCIATION OF APARTMENT OWNERS OF THE ALA WAI PLAZA
SKYRISE CONDOMINIUM, BOARD OF DIRECTORS OF THE ASSOCIATION
OF APARTMENT OWNERS OF THE ALA WAI PLAZA SKYRISE CONDOMINIUM;
AARON M. CHANEY, INC.; LUM YIP KEE, LTD.,
Defendants/Cross-Claim Defendants/Cross-Claim Plaintiffs/
Appellees, and TERRI MORRISSETTEE; Defendant/Cross-Claim
Defendant-Appellee, and MALIA, LTD., Defendant/Cross-Claim
Plaintiff/Cross-Claim Defendant-Appellee, and
BUSINESS INVESTMENT, LTD.; DANIEL, MANN, JOHNSON & MENDENHALL;
HAWAII DREDGING & CONSTRUCTION COMPANY, Defendants/Cross-Claim
Defendants-Appellees, and JOHN DOES 1-20; MARY DOES 1-20;
DOE PARTNERSHIPS 1-20; AND DOE CORPORATIONS 1-20, Defendants
(CIVIL NO. 78341)


AND


VICKRAM JAISINGANE, Plaintiff-Appellant, v.
THOMAS CARNEY, Defendant-Appellee
(CIVIL NO. 85-3896)

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT

ORDER
DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Leonard, Presiding Judge, Chan and Hiraoka, JJ.)

Upon review of the record, it appears that we lack jurisdiction over this appeal by self-represented Plaintiff-Appellant Vickram Jaisingane (**Jaisingane**). Jaisingane purports to appeal from Jaisingane v. Ass'n of Apartment Owners of Ala Wai Plaza Skyrise, Civil No. 78341, Circuit Court of the First Circuit, State of Hawaiʻi. The Hawaiʻi Supreme Court affirmed the

disposition of Civil No. 78341 by a memorandum opinion filed in supreme court case No. 12314 on April 4, 1988.  We lack appellate jurisdiction.  See Hawaii Revised Statutes (**HRS**) § 641-1(a); Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 4(a)(1) .

          Jaisingane also purports to appeal from Jaisingane v. Carney, Civil No. 85-3896, Circuit Court of the First Circuit, State of Hawaiʻi.  Civil No. 85-3896 was dismissed by stipulation on November 4, 1988, pursuant to Rule 41(a)(1)(b) of the Hawaiʻi Rules of Civil Procedure.  We lack appellate jurisdiction.  See HRS § 641-1(a); HRAP Rule 4(a)(1).

          Accordingly, IT IS HEREBY ORDERED that case number CAAP-19-0000582 is dismissed for lack of appellate jurisdiction.

          DATED:  Honolulu, Hawaiʻi, July 21, 2020.

                                        /s/ Katherine G. Leonard
                                        Associate Judge

                                        /s/ Derrick H.M. Chan
                                        Associate Judge

                                        /s/ Keith H. Hiraoka
                                        Associate Judge